denied. *Mr. Joseph Talamo* for petitioner. *Mr. Clarence W. Rowley* for respondents.

No. 174. CASALDUC, TRUSTEE, *v.* GONZALEZ ET AL. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Benicio F. Sanchez* for petitioner.

No. 175. CHEWNING *v.* DISTRICT OF COLUMBIA. October 13, 1941. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Mr. Cornelius H. Doherty* for petitioner. *Messrs. Richmond B. Keech* and *Vernon E. West* for respondent.

No. 182. PAULY JAIL BUILDING CO. ET AL. *v.* INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL & ORNAMENTAL IRON WORKERS ET AL. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Gustavus A. Buder, Jr.* for petitioners.

No. 183. HAWKINSON *v.* JOHNSTON. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Maurice J. O'Sullivan, J. Francis O'Sullivan,* and *Leo T. Schwartz* for petitioner.

No. 187. RIOS *v.* BOWIE ET AL., TRUSTEES. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Henry*